# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> BYRON PATTERSON MCDANIEL JR <br> AND LAURA PAIGE MCDANIEL <br><br> Joint Debtors | Case No. 09-37480 (HRT) <br> Chapter 13 |

## ORDER REOPENING CHAPTER 13 CASE

The matter having come before the Court upon Debtors' filing of a Motion to Reopen Chapter 13 Case; and this Honorable Court otherwise being fully advised in the premises:

**IT IS ORDERED** that the above-captioned Chapter 13 Bankruptcy case is reopened to allow Debtors to seek determination of dischargeability of their student loan debt and other any relief this Court deems proper.